IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD CRAIG DANIELS, : | Civil Action No. 4:14-CV-1511 | |
| Petitioner, : | (Judge Brann) | |
| v. : | (Magistrate Judge Carlson) | |
| JEH JOHNSON, *et. al.,* : | | |
| Respondents. : | | |

**ORDER**

**AND NOW, THIS 9TH DAY OF DECEMBER, 2014, IT IS HEREBY**

**ORDERED THAT:**

1. The December 1, 2014 report and recommendation of Magistrate Judge Martin C. Carlson is ADOPTED. ECF No. 8.

2. The Unopposed Motion to Dismiss is GRANTED. ECF No. 7.

3. The complaint is DISMISSED and the petition is DENIED. ECF No. 1.

4. The clerk is directed to close the case file.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge

1